**No. 39862.**—Protest 950187–G of F. S. Smith & Son (New York).

Opinion by KEEFE, J.   The action of the collector being presumptively correct the protest was overruled.

**No. 39863.**—Protest 948020–G of Koons, Wilson & Co. (Philadelphia).

Opinion by KEEFE, J.   The action of the collector being presumptively correct the protest was overruled.

NOVEMBER 10, 1938

**No. 39864.**—          —Protest 896239–G of Nichols Copper Co. C. D. 26.   Application by plaintiff granted.

NOVEMBER 12, 1938

**No. 39865.**—          tition 5628–R of R. W. Gresham. Abstract 39488.   Application by petitioner denied.

NOVEMBER 14, 1938

**No. 39866.**—          —Protests 932762–G, etc., of Levin Bros. Abstract 39722.   Application by plaintiffs granted.

**No. 39867.**—          —Protest 834480–G of Alliance Distributors, Inc.   C. D. 35.   Application by Government denied.

BEFORE THE FIRST DIVISION, NOVEMBER 16, 1938

**No. 39868.**—Protest 959533–G of Pfaltz & Bauer (New York).

Opinion by McCLELLAND, P. J.   It was stipulated that the merchandise in question is the same as the woolfat wax passed upon in *Biersdorf* v. *United States* (T. D. 48230).   The claim for free entry under paragraph 1796 was therefore sustained.

**No. 39869.**—Protest 915996–G of Smith & Nichols, Inc. (New York).

Opinion by McCLELLAND, P. J.   It was stipulated that the commodity in question is similar to that passed upon in *Smith* v. *United States* (C. D. 18).   The claim for free entry under paragraph 1796 was therefore sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 16, 1938

**No. 39870.**—Protest 748154–G of Bullocks, Inc. (Los Angeles).

TILSON, Judge: This suit was filed by the plaintiff seeking to recover a certain sum of money claimed to have been unlawfully exacted as customs duties on